**Ali Osman TIFOW, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 04–76710.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 17, 2008.

Filed July 24, 2008.

Jeffrey M. Bryan, Bethany M. Krueger, Heather M. McElroy, Robins, Kaplan, Miller & Ciresi L.L.P., Minneapolis, MN, for Petitioner.

CAC–District Counsel, Office of the District Counsel, Los Angeles, CA, Thomas H. Dupree, Jr., Lisa W. Edwards, Brett Gerry, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, San Francisco, CA, for Respondent.

Before: HALL, RYMER, and KLEINFELD, Circuit Judges.

### ORDER

This matter is REMANDED to the Board of Immigration Appeals for further remand to the Immigration Judge for the limited purpose of allowing the Immigration Judge to explain why her written decision of July 28, 2003, varies from her oral decision of July 25, 2003. The explanation shall address in detail the Immigration Judge's decisional process in this case and, specifically, shall also address why the oral decision ends abruptly. The Immigration Judge's explanation shall be filed with the Clerk of Court in San Francisco, California, no later than Friday, August 22, 2008.

This panel shall retain jurisdiction.